IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS D. LINDSEY,

                Plaintiff,

v.                                                                      ORDER

HEATHER SCHWENN and                                     19-cv-962-jdp
SCOTT RUBIN ASCH,

                Defendants.

---

CARLOS D. LINDSEY,

                Plaintiff,

v.                                                                      ORDER

G. BOUGHTON, M. KARTMAN,                               19-cv-963-jdp
L. BROWN, and S. SCHNIEDER,

                Defendants.

---

Pro se plaintiff Carlos Lindsey brings these actions against defendant employees of Wisconsin Secure Program Facility, where he is incarcerated. The '962 case concerns a dispute over psychological treatment for Lindsey's PTSD, and the '963 case challenges WSPF's practices regarding group recreation for inmates in segregation.

Lindsey initially filed these cases in the Eastern District of Wisconsin, bringing the '962 case in February 2019 and the '963 case in June 2019. He moved to transfer both cases to this district on September 5, 2019. While these motions to transfer were pending in the Eastern District, Lindsey filed new complaints regarding the same issues in this court. I dismissed these complaints under the terms of a filing bar that I implemented against Lindsey in a previous

case, *Lindsey v. Johnston*, No. 18-cv-398, 2018 WL 66062417 (W.D. Wis. Dec. 17, 2018), which requires him to allege that he is in imminent danger of serious physical harm.

Lindsey's complaints in the two cases he transferred into this district are virtually identical to the complaints in the cases he filed in this district that I have already dismissed. Some of the defendants are different, but the complaints raise no new issues. So I will dismiss the '962 case for the reasons stated in *Lindsey v. Hoem*, No. 19-cv-904, Dkt. 9 (W.D. Wis. Nov. 13, 2019), and I will dismiss the '963 case for the reasons stated in *Lindsey v. Boughton*, No. 19-cv-885, Dkt. 12 (W.D. Wis. Nov. 12, 2019).

ORDER

IT IS ORDERED that:

1. These cases are DISMISSED for plaintiff Carlos Lindsey's failure to allege that he is in imminent danger of serious physical harm as required by the sanction issued in *Lindsey v. Johnston*, No. 18-cv-398, 2018 WL 66062417 (W.D. Wis. Dec. 17, 2018).

2. The clerk of court is directed to enter judgment accordingly and close these cases.

Entered November 26, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge