IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS D. LINDSEY,

    Plaintiff,

v.

    Case No. 19-cv-962-jdp

HEATHER SCHWENN AND
SCOTT RUBIN ASCH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |